■ CHARLES STROH, Respondent, v PATRICIA GROSS, Appellant. [702 NYS2d 874] —In an action, *inter alia,* for an injunction enjoining certain construction on the defendant's property, the defendant appeals from an order of the Supreme Court, Suffolk County (Newmark, J.), dated September 30, 1997, which granted the plaintiff's motion for a preliminary injunction.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The appellant's contentions have been rendered academic by a subsequent order of the Supreme Court, Suffolk County (Emerson, J.), dated January 26, 1999 *(see, Stroh v Gross [appeal No. 63],* 269 AD2d 384 [decided herewith]). Bracken, J. P., Sullivan, Altman and Friedmann, JJ., concur.

■ CHARLES STROH, Respondent, v PATRICIA GROSS, Appellant. (Matter No. 1.) In the Matter of CHARLES STROH, Appellant, v JOHN E. ROGERS et al., Respondents. (Matter No. 2.) [702 NYS2d 875] —In an action, *inter alia,* for injunctive relief (Matter No. 1) and a related proceeding pursuant to CPLR article 78 to, *inter alia,* review a determination by the Architectural Review Board of Bellport Village approving the reconstruction of a residence (Matter No. 2), the petitioner in Matter No. 2 appeals from so much of an order and judgment of the Supreme Court, Suffolk County (Emerson, J.), dated March 5, 1998, as granted the respondents' motion to dismiss the proceeding and dismissed the proceeding, and the defendant in Matter No. 1 separately appeals from the same order and judgment.

Ordered that the appeal in Matter No. 1 is dismissed as withdrawn, without costs or disbursements; and it is further,

Ordered that the order and judgment is affirmed insofar as reviewed, with costs.

The determination of the Architectural Review Board approving reconstruction of the subject residence was neither arbitrary nor capricious *(see, Matter of Johnson v Village of Westhampton,* 244 AD2d 335) and the petitioner did not raise any issues of fact warranting the relief requested *(see,* CPLR 409 [b]). Bracken, J. P., Sullivan, Altman and Friedmann, JJ., concur.